**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| JUAN VILLANUEVA, | : | No. 170 MM 2015 |
| Petitioner | : | |
| v. | : | |
| JUDGE BRUCE F. BRATTON AND STEPHEN E. FARINA, PROTHONOTARY, | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 21st day of December, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**. The Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.